IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSELYN G. BRIGGS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HEALTHCARE BUSINESS RESOURCES | : | NO. 07-1626 |
| | : | |

FILED
KUNZ, Clerk
___ Dep. Clerk

## ORDER

AND NOW, this 4th day of March, 2008, upon consideration of defendant's Motion to Enforce Settlement (Doc. No. 26.), and after careful review of the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Defendant's Motion to Enforce Settlement is GRANTED;

3. Within twenty days of the date of this Order, defendant shall pay to plaintiff the sum of Ten Thousand Dollars ($10,000.00) (the "Settlement Proceeds") in full and complete settlement of this litigation. The Settlement Proceeds shall be paid by check made payable jointly to plaintiff and her counsel, Samuel Dion, Esquire, and delivered to Mr. Dion;

4. Upon tender of the Settlement Proceeds, plaintiff shall be deemed to have released and discharged defendant, and its parents, affiliates, employees, officers and directors, of and from any and all demands, actions and/or claims, known or unknown, arising out of or in connection with her employment by defendant and the termination thereof, including any claims for attorneys' fees and related litigation costs and expenses;

5. Should plaintiff require a future employment reference, she shall provide

to any prospective employer the contact information for Mark Jacobs, defendant's Senior Manager Human Resources. Defendant shall provide a neutral reference for plaintiff disclosing only that she was employed by defendant, her title and the dates of her employment.

BY THE COURT:

_____
EDUARDO C. ROBRENO,    J.

e-mail,
S. Corr
S. Dion
P. Thurmon